UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

KRISTY WEIMER,

       Plaintiff,

v.

iQOR, INC.,

       Defendant.

Case No. 2:12-CV-00377
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Elizabeth P. Deavers

## ORDER

This matter came before the Court on May 8, 2013 for a telephone status conference regarding the settlement of this case. As discussed at the conference, the Court will hold a follow-up **TELEPHONE STATUS CONFERENCE** on **May 15, 2013** at **10:30 a.m.**[1]

**IT IS SO ORDERED.**

    5-8-2013
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Counsel should contact chambers if such a conference will not be necessary.