IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **KRISTY WEIMER** | : | |
| PLAINTIFF, | : | **CASE NO. C2-12-377** |
| | : | **JUDGE SARGUS** |
| v. | : | **MAGISTRATE JUDGE DEAVERS** |
| **IQOR, INC.** | : | |
| DEFENDANT. | : | |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. Proc. 41(a)(1), the Parties hereby stipulate to dismiss the above encaptioned matter with prejudice. Each party to bear its own costs.

APPROVED:

/s/Rayl L. Stepter
Rayl L. Stepter (0047505)
Stepter Law Office
200 E. Campus View Blvd., Ste. 200
Columbus, Ohio 43235
(614) 468-4100
Trial Attorney for Plaintiff

/s/Lindsey D'Andrea
David A. Whitcomb
Lindsey D'Andrea
Baker & Hostetler LLP
Capitol Square, Suite 2100
65 East State Street
Columbus, Ohio 43215
(614) 462-4728
Trial Attorney for Defendant
(Per Authority)

_____ 6-27-2013
JUDGE SARGUS